IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hazelwood Sr., Keith G | Case Number: 04 B 01290 |
|---|---|---|
| | Hazelwood, Margaret A | Judge: Goldgar, A. Benjamin |
| | Printed: 2/5/08 | Filed: 1/13/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 18, 2007
Confirmed: March 22, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 64,385.77 | |
| Secured: | | 14,334.02 |
| Unsecured: | | 44,581.97 |
| Priority: | | 0.00 |
| Administrative: | | 1,000.00 |
| Trustee Fee: | | 3,295.43 |
| Other Funds: | | 1,174.35 |
| Totals: | 64,385.77 | 64,385.77 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Grochocinski & Grochocinski | Administrative | 1,000.00 | 1,000.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 13,191.04 | 13,191.04 |
| 4. | Option One Mortgage Corp | Secured | 1,142.98 | 1,142.98 |
| 5. | Discover Financial Services | Unsecured | 10,069.57 | 10,069.57 |
| 6. | Ford Motor Credit Corporation | Unsecured | 785.23 | 785.25 |
| 7. | Resurgent Capital Services | Unsecured | 4,270.05 | 4,270.05 |
| 8. | Resurgent Capital Services | Unsecured | 5,324.71 | 5,324.71 |
| 9. | ECast Settlement Corp | Unsecured | 7,093.48 | 7,093.48 |
| 10. | ECast Settlement Corp | Unsecured | 217.93 | 217.93 |
| 11. | ECast Settlement Corp | Unsecured | 4,741.48 | 4,741.48 |
| 12. | RoundUp Funding LLC | Unsecured | 2,550.22 | 2,550.22 |
| 13. | ECast Settlement Corp | Unsecured | 2,213.56 | 2,213.56 |
| 14. | ECast Settlement Corp | Unsecured | 3,462.14 | 3,462.14 |
| 15. | RoundUp Funding LLC | Unsecured | 3,853.58 | 3,853.58 |
| 16. | Fort Campbel Federal Credit Union | Secured | | No Claim Filed |
| 17. | City Of Oak Forest | Unsecured | | No Claim Filed |
| 18. | Country Mutual Insurance | Unsecured | | No Claim Filed |
| 19. | Vincent E Biank DDS | Unsecured | | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 21. | Podiatric Mgmt | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 59,915.97 | $ 59,915.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Hazelwood Sr., Keith G
       Hazelwood, Margaret A
       Printed: 2/5/08

Case Number: 04 B 01290
Judge: Goldgar, A. Benjamin
Filed: 1/13/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 262.50 |
| 4% | 200.00 |
| 6.5% | 636.79 |
| 3% | 108.64 |
| 5.5% | 624.07 |
| 5% | 180.91 |
| 4.8% | 366.60 |
| 5.4% | 915.92 |
| | _____ |
| | $ 3,295.43 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

